**FILED**

APR 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Antonio M. Osborne
2  Petitioner, In Forma Pauperis
3  F-51760. P.V.S.P. C1-109 up.
4  Coalinga, Calif. 93210
5

6        UNITED STATES DISTRICT COURT
7        For the Northen District

**CV 08    2232 (PR)**

**VRW**

9  Antonio M. Osborne          ) case no. S155962
10       Petitioner-Appellant   ) Petitioner's Notice For an
11  V.                          ) Extension OF time.
12  James A Yates, Warden       )
13       Respondent-Appellee    )

**E-filing**

14  Please take notice, Petitioner - Appellant, Antonio
15  M. Osborne, Appearing pro se, hereby request to this
16  Honorable Court For an extension of time From the
17  Final Judgment of the California Supreme Court,
18  to File an informal response to the denial of the
19  California Supreme Court decisiveness to petitioner's
20  Petition For Writ of Habeas Corpus. Petitioner has
21  not previously obtained any enlargements of time to
22  File a Writ of Habeas Corpus in this Honorable Court
23  For the reason of not having his/or her transcripts,
24  Petitioner requesting additional time so that I may
25  adequately conduct legal research and respond
26  appropriately to the California Supreme Court Final
   Judgment.
27      Executed this 20th day of April 2008, at Coalinga,
28  California.

                    Antonio Osborne    4/20/08
                    Petitioner Signature

PROOF OF SERVICE BY MAIL

I Antonio Osborne _____, declare:

I am at least 18 years of age, and a party / am not a party to

the attached herein cause of action. My mailing address is: Pleasant Valley

STATE Prison _____, Post Office Box 8503, Cell C1-109up

Coalinga, CA 93210-8503.

ON April 20 _____, 2008, I delivered to prison officials at

Pleasant Valley State Prison at the above address the following documents

For mailing via the United States Mail.

1. Petition for Extension of time.

2. _____

3. _____

In a sealed envelope(s) with postage fully prepaid, addressed to:

1) United STATES District Court for the Northern District

U.S. Courthouse 450 Golden Gate Avenue, San Francisco, CA 94102-3483

2) _____

3) _____

4) _____

5) _____

I declare under penalty of perjury that the foregoing is true and
Correct.

Executed this 20 day of April _____, 2008 at Coalinga,

CA.

Antonio Osborne
Declarant / Petitioner In Pro Per

Antonio Osborne F-54760
P.V.S.P C1 - 209 up
P.O. Box 8603
Coalinga, CA 93210

RECEIVED
08 APR 24 PH 1
RICHARD W. WIEK
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CAL

Legal Mail

U.S. District Court for the Northern District
U.S. Courthouse
450 Golden Gate ave
San Francisco, CA 94102-3483

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON
94102+3483   C004

BAKERSFIELD CA 933
MOJAVE CA
22 APR 2008 PM 1 1

"LET US DARE T
THINK, SPEAK
John Adams, 1

