

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

**VRW**

Dear Sir or Madam:

Your action has been filed as a civil case number **CV 08 2232**

It appears that you have not attached a ~~complaint or~~ petition to your other pleadings.

**If you do not submit a ~~complaint or~~ petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

**(PR)**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

FOT
(~~IFP Application / letter / no complaint~~)
(blank ~~complaint form~~ / petition attached)

Rev. 10/07

OSBORNE