Antonio M. Osborne
Petitioner, In Forma Pauperis
F-51760 P.V.S.P C1-109 up
Coalinga, Calif 93210



FILED
08 MAY 27 PM 2:18
RICHARD W. WILKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO M. OSBORNE
    PETITIONER—APPELLANT

V.

JAMES A. YATES. WARDEN
    RESPONDENT—APPELLEE

) CASE NO. CV 08 2232 VRW
) PETITIONER'S NOTICE FOR AN
) EXTENSION OF TIME.
)
)
)
)

Please take notice, Petitioner—Appellant, Antonio M. Osborne, appearing Prose, hereby request to this Honorable Court for an extension of time to gather Trust Account Information, to file an Indigent application, to have my Case filed in the UNITED STATES COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. I have requested the Trust Account Information from this PRISON, But only received trust account information for this month of May, and Last month which was April. I also would like to know if that Information would be sufficent to file my case in the court? Petitioner requesting additional time so that I may adequately gather the information above to have my Case filed in this Court. Thank you for your time.

Executed this 20th day of May 2008 at Coalinga, California.

*Antonio Osborne*

PROOF OF SERVICE BY MAIL

I, _Antonio Osborne_____, declare:

I am at least 18 years of age, and a party / am not a party to the attached herein cause of action. My mailing address is: _Pleasant Valley State Prison_____, Post Office Box 8503, Cell _C1-209up_, Coalinga, Ca 93210-8503.

On _May 20th_____, _2008_, I delivered to prison officials at Pleasant Valley State Prison at the above address the following documents for mailing via the United States Mail.

1. _Extension of time Notice_____

2. _____

3. _____

In a sealed envelope(s) with postage fully prepaid, addressed to:

1. _UNITED STATES Court FOR THE NORTHERN DISTRICT of CALIFORNIA_
   _450 GOlDEN GATE avenue SAN FRANCISCO, CALIFORNIA 94102_

2. _____

   _____

3. _____

   _____

4. _____

   _____

5. _____

   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th_ day of _May_____, 20_08_ at Coalinga, Ca.

_Antonio Osborne_____
Declarant / Petitioner IN PRO PER

Antonio Osborne F-51760
PVSP C1-104 up
PO Box 8503
Coalinga, CA 93210

Legal Mail

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

BAKERSFIELD CA 93
MOJAVE CA
22 MAY 2008 PM 4 T

IF YOU DARE TO READ,
THINK, SPEAK AND WRITE
Adams, 1735

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES