```
                                    FILED
                              08 MAY 29 PM 2:24

                              RICHARD W. WIEKING
                              CLERK, U.S. DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA
```

E-filing

**VRW**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2232

| | |
|---|---|
| Antonio Osborne         Plaintiff, | CASE NO. _____ |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS **(PR)** |
| James A. Yates, Warden      Defendant. | |

I, Antonio Osborne, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

```
 1   If the answer is "no," state the date of last employment and the amount of the gross and net
 2   salary and wages per month which you received.  (If you are imprisoned, specify the last
 3   place of employment prior to imprisonment.)
 4   _____N/A_____
 5   _____
 6   _____
 7   2.      Have you received, within the past twelve (12) months, any money from any of the
 8   following sources:
 9       a.    Business, Profession or                    Yes ___   No ✓
10             self employment
11       b.    Income from stocks, bonds,                 Yes ___   No ✓
12             or royalties?
13       c.    Rent payments?                             Yes ___   No ✓
14       d.    Pensions, annuities, or                    Yes ___   No ✓
15             life insurance payments?
16       e.    Federal or State welfare payments,         Yes ___   No ✓
17             Social Security or other govern-
18             ment source?
19   If the answer is "yes" to any of the above, describe each source of money and state the amount
20   received from each.
21   _____
22   _____
23   3.      Are you married?                             Yes ___   No ✓
24   Spouse's Full Name: _____
25   Spouse's Place of Employment: _____
26   Spouse's Monthly Salary, Wages or Income:
27   Gross $_____     Net $_____
28   4.      a.    List amount you contribute to your spouse's support:$ _____
```

PRIS. APP. TO PROC. IN FORMA PAUPERIS                     - 2 -

|   |   |
|---|---|
| 1 | b.  List the persons other than your spouse who are dependent upon you for |
| 2 |     support and indicate how much you contribute toward their support. (NOTE: |
| 3 |     For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |     THEIR NAMES.). |
| 5 | _____ |
| 6 | _____ |

7  5.   Do you own or are you buying a home?                Yes ____ No ✓

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.   Do you own an automobile?                          Yes ____ No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes ____ No ____ If so, Total due: $_____

12 Monthly Payment: $_____

13 7.   Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $_____

17 Do you own any cash? Yes ____ No ✓ Amount: $_____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)   Yes ____ No ✓

20 _____

21 8.   What are your monthly expenses?

22 Rent: $_____                    Utilities: _____

23 Food: $_____                    Clothing: _____

24 Charge Accounts:

25 Name of Account            Monthly Payment            Total Owed on This Acct.

26 _____                 $_____                $_____

27 _____                 $_____                $_____

28 _____                 $_____                $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-15-08                            Antonio Osborne
DATE                               SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

1
2                                                  Case Number: CV 08 2232
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                    **IN**
10                         **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of Antonio Osborne #F-51760 for the last six months
                                    [prisoner name]
14 Pleasant Valley State Prison where (s)he is confined.
   [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ 0 and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ 12.29 .
18
19 Dated: 5/21/08                                    _____ 5/21/08
20                                                  [Authorized officer of the institution]
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030  .701                                          REPORT DATE: 05/21/08
                                                                 PAGE NO:          1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PLEASANT VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: NOV. 21, 2007 THRU MAY 21, 2008

ACCOUNT NUMBER  : F51760                      BED/CELL NUMBER: CFB1T1000000109U
ACCOUNT NAME    : OSBORNE, ANTONIO M           ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                           TRUST ACCOUNT ACTIVITY

TRAN
DATE   CODE   DESCRIPTION          COMMENT        CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
11/21/2007    BEGINNING BALANCE                                                            14.04
12/05  W993   REVERSE AA GR 2320BURRIT                                         7.00-       21.04
              ACTIVITY FOR 2008
02/06  W401   DONATION-ALCO 3281SOBGRD                                        14.04         0.04
02/13  FC03   DRAW-FAC 3    3379 FAC C

                            TRUST ACCOUNT SUMMARY

        BEGINNING      TOTAL         TOTAL       CURRENT      HOLDS        TRANSACTIONS
        BALANCE       DEPOSITS     WITHDRAWALS   BALANCE     BALANCE       TO BE POSTED
        ---------     --------     -----------   -------     -------       ------------
         14.04          0.00          14.00        0.04        0.00            0.00

                                                     CURRENT
                                                    AVAILABLE
                                                     BALANCE
                                                    ---------
                                                       0.04
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE 5/21/08



USA FIRST-CLASS FOREVER

Antonio Osborne F-61760
PVSPC1-109 Up
P.O. Box 8500
Coalinga, CA

OFFICE of Clerk
U.S District Court of Northern District
450 Golden Gate Ave
San Francisco, CA 94102

Legal Mail

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

94102$3651  C004