FILED
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
08 JUN -2 PM 1:43
RICHARD W. WIEKING
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Osborne          Antonio          M
(Last)           (First)          (Initial)

Prisoner Number  F-51760

Institutional Address Plesant Valley State Prison P.O. Box 8503 C1-124up
Coalinga, CA 93210

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Antonio Osborne Martell (Middle)
(Enter the full name of plaintiff in this action.)

vs.

James A. Yates (Warden)

(Enter the full name of respondent(s) or jailor in this action.)

Case No. CV 08 2232 VRW
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

E-filing

(PR)

Read Comments Carefully Before Filling In

<u>When and Where to File</u>

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1 | Who to Name as Respondent

2     You must name the person in whose actual custody you are. This usually means the Warden or
3 jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4 you are imprisoned or by whom you were convicted and sentenced. These are not proper
5 respondents.

6     If you are not presently in custody pursuant to the state judgment against which you seek relief
7 but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8 custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9 was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11     1. What sentence are you challenging in this petition?

12         (a)    Name and location of court that imposed sentence (for example; Alameda
13             County Superior Court, Oakland):
14     <u>Hall of Justice Superior Court</u>    <u>Vallejo</u>
15             Court                            Location
16         (b)    Case number, if known <u>VCR177863</u>
17         (c)    Date and terms of sentence <u>Sentenced November 13, 2006  State Prison.</u>
18         (d)    Are you now in custody serving this term? (Custody means being in jail, on
19             parole or probation, etc.)    Yes ✓    No ____
20             Where?
21             Name of Institution: <u>Plesant Valley State Prison</u>
22             Address: <u>P.O. Box 8503 Coalinga, CA 93210</u>

23     2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 challenging more than one sentence, you should file a different petition for each sentence.)
26 <u>1) PC 211 1st degree Resident Robbery  ② PC 459 1st degree Resident Burglary</u>
27 <u>③ PC 664/192(a) ATT Vol manslaughter  ④ HS 11359 Poss of Marijuana for Sale</u>
28 <u>⑤ PC 12022(a)(1) enhancements</u>

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?
   Arraignment:           Yes ✓   NO ___
   Preliminary Hearing:   Yes ✓   NO ___
   Motion to Suppress     Yes ___ NO ✓

4. How did you plead?
   Guilty ___  Not Guilty ✓  Nolo Contendere ___
   Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?
   Jury ✓   Judge alone ___   Judge alone on a transcript ___

6. Did you testify at your trial?   yes ✓   NO ___

7. Did you have an attorney at the following proceedings:
   (a) Arraignment:          Yes ✓   NO ___
   (b) Preliminary hearing   Yes ✓   NO ___
   (c) Time of plea          Yes ✓   No ___
   (d) Trial                 Yes ✓   No ___
   (e) Sentencing            Yes ✓   No ___
   (f) Appeal                Yes ___ No ✓
   (g) Other post-conviction proceeding  Yes ___ No ✓

8. Did you appeal your conviction?   Yes ___   No ✓
   (a) If you did, to what court(s) did you appeal?
       Court of Appeal              Yes ___ NO ✓
       Year: ___   Result: _____
       Supreme Court of California  yes ___ NO ✓
       Year: ___   Result: _____
       Any other Court              yes ___ NO ✓
       Year: ___   Result: _____

   (b) If you appealed, Were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS  -3-

|   |     |                                                                          |
|---|-----|--------------------------------------------------------------------------|
| 1 |     | petition?                            Yes ✓    No ___                      |
| 2 | (c) | Was there an opinion?                Yes ___  No ✓                        |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)?           |
| 4 |     |                                      Yes ___  No ✓                        |
| 5 |     | If you did, give the name of the court and the result:                    |

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes ✓    No ___

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

  (a)  If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

  I.  Name of Court: _State of California Court of Appeal First Appellate Dist._
      Type of Proceeding: _Writ of Habeas Corpus Petition_
      Grounds raised (Be brief but specific):
      a. _The trial court imposed an illegal sentence._
      b. _My U.S. Constitutional Right to due process were violated._
      c. _I was illegaly sentenced without the benefit of a jury 6th Amend-_
      d. _ment to U.S. Constitution Right to trial by Jury._
      Result: _Denied_                Date of Result: _5-24-07_

  II. Name of Court: _California Supreme Court_
      Type of Proceeding: _Petition Writ of Habeas Corpus_
      Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

| | | |
|---|---|---|
|1| |a. The trial court imposed an illegal sentence.|
|2| |b. My U.S. Constituonal Right to due-process were Violated.|
|3| |c. My 6th amendment U.S. Constitvonal Right to trial by jury was —|
|4| |d. Violated.|
|5| |Result: Denied                    Date of Result: 3-12-2008|
|6|III.|Name of Court: _____|
|7| |Type of Proceeding: _____|
|8| |Grounds raised (Be brief but specific):|
|9| |a. _____|
|10| |b. _____|
|11| |c. _____|
|12| |d. _____|
|13| |Result: _____ Date of Result: _____|
|14|IV.|Name of Court: _____|
|15| |Type of Proceeding: _____|
|16| |Grounds raised (Be brief but specific):|
|17| |a. _____|
|18| |b. _____|
|19| |c. _____|
|20| |d. _____|
|21| |Result: _____ Date of Result: _____|

22  (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                              Yes ____    No ✓

24      Name and location of court: _____

25  B. GROUNDS FOR RELIEF

26      State briefly every reason that you believe you are being confined unlawfully. Give facts to
27  support each claim. For example, what legal right or privilege were you denied? What happened?
28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS         - 5 -

1  need more space. Answer the same questions for each claim.
2          [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5          Claim One: I was denied my 6th amendment Right to trial by Jury. Judge
6  Peter B. Foor handed down an upper term/enhanced sentence of 9 years 8 months
7  Supporting Facts: The first appellate district did not deny that I was sentenc-
8  ed to an upperterm/enhanced sentence, but still denied my Writ of Habeas
9  Corpus.
10
11          Claim Two: My U.S. Constituonal Right to due process was violated, when
12  I was given the upperterm of 6 years and enhanced 2 years also.
13  Supporting Facts: Under recent U.S. Supreme Court rulings, such sentences
14  are unconstituonal.
15
16
17          Claim Three:_____
18
19  Supporting Facts:_____
20
21
22
23          If any of these grounds was not previously presented to any other court, state briefly which
24  grounds were not presented and why:
25
26
27
28

PET. FOR WRIT OF HAB. CORPUS         - 6 -

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

Cunningham Vs California 05-6551

Solem V Helm (U.S.S.D 1983) 103 S.CT. 3001, 463 U.S. 277

Apprendi Vs. New Jersey

Do you have an attorney for this petition?                     Yes____    No ✓

If you do, give the name and address of your attorney:

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on ___May 27, 2008___                 _Antonio Osborne_
                Date                                           Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS             - 7 -

Antonio Osborne F-51760
P.V.S.P C1-109 up
P.O. Box 8503
Calinga, CA 93210

Legal Mail

PRISON GENERATED MAIL
PLEASANT VALLEY STATE PRISON

S:4i 0230561 C004

Office of the Clerk, U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102