IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO M OSBORNE, | ) |
| Petitioner, | ) No C 08-2232 VRW (PR) |
| vs. | ) ORDER OF TRANSFER |
| JAMES A YATES, Warden, | ) |
| Respondent. | ) |

  Petitioner seeks federal habeas review of a conviction from the Superior Court of the State of California in and for the County of Solano, which lies within the venue of the Eastern District of California. See 28 USC § 84(b). Petitioner is incarcerated at Pleasant Valley State Prison in Coalinga, County of Fresno, which also lies within the venue of the Eastern District of California. See id.

  Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas LR 2254-3(a); <u>Dannenberg v Ingle</u>, 831 F Supp 767, 767 (ND Cal 1993).

  Because the County of Solano lies in the Eastern District of California, the court ORDERS that pursuant to 28 USC § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

  The clerk shall transfer this matter and terminate all pending motions as moot.

  SO ORDERED.

/s/ Vaughn R Walker
———————————————
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osborne, | Case Number: C08-2232  VRW |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. | |
| Yates, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio M. Osborne
F-51760   C1-109 up
PSVP
PO Box 8503
Coalinga, CA 93210

Dated: June 11, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk